# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4471
_____

J. L. NIEMAN,

Appellant,

v.

SOUTHEASTERN GROCERS, LLC.,
BI-LO HOLDING, LLC., WINN-
DIXIE STORES, INC., and STEVEN
C. STRACHOTA,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

April 19, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. L. Nieman, pro se, Appellant.

David S. Shankman, Mitchell L. Fraley, and Mia A. Conza of Shankman Leone, P.A., Tampa, for Appellees.